UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER CONRAD SUAREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFREY BEARD, et al.,<br><br>  Defendants. | Case No. 15-cv-05756-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 31 |

Good cause being shown, Plaintiff's request for a 30-day extension of time to file his opposition to the summary judgment motion is GRANTED. Docket No. 31. Plaintiff shall file his opposition to the summary judgment and served the opposition upon defendants by **December 12, 2016**. Defendants shall file a reply brief no later than **14 days** after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

**IT IS SO ORDERED.**

Dated: 11/10/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge