UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER CONRAD SUAREZ,, <br> Plaintiff, <br> v. <br> JEFFREY BEARD, et al., <br> Defendants. | No. 2:18-cv-0340 KJM DB P <br><br> ORDER |

Plaintiff is a state prisoner proceeding with an action under 42 U.S.C. § 1983. Plaintiff alleges defendants' implementation and use of the Guard One security check system in the Security Housing Unit at Pelican Bay State Prison violated his Eighth Amendment rights. On January 3, 2018, defendants filed a motion to dismiss this action. Defendants allege, among other things, that they are entitled to qualified immunity because the Guard One system was implemented pursuant to a court order issued in the Coleman v. Brown class action.

On March 5, 2019, the district judge issued a ruling granting in part and denying in part the defendants' similar motion to dismiss in Rico v. Beard, 2:17-cv-1402 KJM DB P. This court finds briefing on any effects of the Rico ruling on defendants' present motion would be helpful.

Accordingly, IT IS HEREBY ORDERED as follows:

////

////

1

1. Within thirty days of the date of this order, defendants shall file a supplement to their motion to dismiss which addresses any effects on that motion of the district court's March 5, 2019 decision in <u>Rico</u>.
2. Within twenty days of the filing of defendants' supplemental brief, plaintiff shall file a response. Within ten days thereafter, defendants may file a reply.

Dated: March 13, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/suar0340.mtd supp brfs