XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
PREETI K. BAJWA
Deputy Attorney General
State Bar No. 232484
  1515 Clay St., 20th Floor
  Oakland, CA 94612
  Telephone: (510) 879-0980
  Fax: (510) 622-2700
  E-mail: Preeti.Bajwa@doj.ca.gov
*Attorneys for Defendants*

SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen LLP
  303 Twin Dolphin Drive, Suite 600
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  E-mail: sballard@reichmanjorgensen.com
        kfalkenstien@reichmanjorgensen.com
*Attorneys for Plaintiff Maher Suarez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MAHER SUAREZ,** | Case No. 2:18-cv-00340 KJM DB P |
| Plaintiff, | **ORDER AND JOINT STIPULATION OF FACT** |
| v. | Judge: Hon. Kimberly J. Mueller |
| **JEFFREY BEARD, et al.,** | Action Filed: December 16, 2015 |
| Defendants. | |

The parties to this action stipulate to the following fact:

1. In 2015, Plaintiff Maher Suarez was not a member of the class in *Coleman v. Brown*, No. 2:90-cv-0520 (E.D. Cal.).

| | | |
|---|---|---|
| DATED: 3/13/19 | | /s/ Kate Falkenstien |
| | | Attorney for Plaintiff |
| DATED: 3/13/19 | | /s/ Preeti Bajwa (as authorized on 3/13/19) |
| | | Attorney for Defendants |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 13, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/suar0340.stip or