UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER CONRAD SUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>Defendants. | No. 2:18-cv-0340 KJM DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. Plaintiff alleges the use of Guard One security checks at Pelican Bay State Prison deprived him of sleep. On June 13, 2019, the court ordered the parties to provide statements regarding the propriety of a stay of these proceedings pending the Ninth Circuit's decision in a related case, Rico v. Beard, No. 2:17-cv-1402 KJM DB P. Defendants responded by filing a motion to stay these proceedings. (ECF No. 90.) Plaintiff filed an opposition. (ECF No. 92.)

////
////
////
////
////
////

1

Within ten days of the filed date of this order, defendants shall file a reply to plaintiff's opposition to the motion to stay.

IT IS SO ORDERED.

Dated: July 12, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner-civil rights/suar0340.stay reply