XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General
PREETI K. BAJWA
Acting Supervising Deputy Attorney General
State Bar No. 232484
  1515 Clay St., 20th Floor
  Oakland, CA 94612
  Telephone: (510) 879-0980
  Fax: (510) 622-2700
  E-mail: Preeti.Bajwa@doj.ca.gov
*Attorneys for Defendants*

SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen LLP
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  E-mail: sballard@reichmanjorgensen.com
         kfalkenstien@reichmanjorgensen.com
*Attorneys for Plaintiff Maher Suarez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MAHER SUAREZ,**<br><br>                      Plaintiff,<br><br>v.<br><br>**JEFFREY BEARD, et al.,**<br><br>                      Defendants. | Case No. 2:18-cv-00340 KJM DB P<br><br>**ORDER AND JOINT STIPULATION TO EXTEND DEADLINE**<br><br>Judge:      Hon. Kimberly J. Mueller<br>Action Filed:  December 16, 2015 |

On September 20, 2019, Magistrate Judge Barnes issued Findings and Recommendations regarding Defendants' Motion to Dismiss and Motion to Stay, and Plaintiff's Motion to Substitute Proper Party. *See* Dkt. 98. The parties to this action jointly stipulate to extend the deadline for objections to the Findings and Recommendations by two weeks, such that any objections would be due on October 18,

1

2019.  Plaintiff's counsel represents that she needs this extension in order to confer with her client about possible objections; because Mr. Suarez is incarcerated, communications with counsel occur by mail, and it can take longer than 14 days to receive a response.  There have been no prior extensions to this deadline.

DATED: September 25, 2019          /s/ Kate Falkenstien
                                                                  Attorney for Plaintiff

DATED: September 25, 2019          /s/ Preeti Bajwa (as authorized on 9/25/19)
                                                                   Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 25, 2019

                                                                   /s/  DEBORAH BARNES
                                                                   UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/suar0340.obj eot