1  XAVIER BECERRA
   Attorney General of California
2  DAMON MCCLAIN
   Supervising Deputy Attorney General
3  PREETI K. BAJWA
   Acting Supervising Deputy Attorney General
4  State Bar No. 232484
     1515 Clay St., 20th Floor
5    Oakland, CA 94612
     Telephone: (510) 879-0980
6    Fax: (510) 622-2700
     E-mail: Preeti.Bajwa@doj.ca.gov
7  *Attorneys for Defendants*

8  SHAWNA BALLARD, State Bar No. 155188
   KATE FALKENSTIEN, State Bar No. 313753
9  Reichman Jorgensen LLP
     100 Marine Parkway, Suite 300
10   Redwood Shores, CA 94065
     Telephone: (650) 623-1401
11   Fax: (650) 623-1449
     E-mail: sballard@reichmanjorgensen.com
12           kfalkenstien@reichmanjorgensen.com
   *Attorneys for Plaintiff Maher Suarez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MAHER SUAREZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:18-cv-00340 KJM DB P<br><br>ORDER AND JOINT STIPULATION TO EXTEND DEADLINE TO FILE RESPONSES TO OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>Judge:　　　Hon. Kimberly J. Mueller<br>Action Filed: December 16, 2015 |

On September 20, 2019, Magistrate Judge Barnes issued Findings and Recommendations regarding Defendants' Motion to Dismiss and Motion to Stay, and Plaintiff's Motion to Substitute Proper Party. *See* Dkt. 98. On October 17 and 18, 2019, both parties filed objections to the Findings and Recommendations. *See* Dkts. 102-103. The parties to this action jointly stipulate to

extend the deadline for responses to the objections to the Findings and Recommendations by two weeks, such that both responses are due on November 14.

Plaintiff's counsel represents that she needs this extension because of her obligations on other cases with a large number of depositions scheduled over the next few weeks; Reichman Jorgensen is a small firm of only about 20 lawyers, and counsel represents Mr. Suarez on a *pro bono* basis. The Court previously extended the deadline for the parties' objections by two weeks, but there have been no prior extensions to the deadline for responses to the objections.

DATED: Oct. 24, 2019 /s/ Kate Falkenstien_____
Attorney for Plaintiff

DATED: Oct. 24, 2019 /s/ Preeti K. Bajwa (as authorized on 10/24/19)
Attorney for Defendants

Pursuant To Stipulation, And Good Cause Appearing, IT IS SO ORDERED.

DATED: October 25, 2019

/s/ DEBORAH BARNES_____
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/suar0340.obj resp eot