UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER CONRAD SUAREZ, | No. 2:18-cv-0340 KJM DB P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| M. VOONG, et al., | |
| Defendants. | |

Plaintiff has filed a second motion to substitute a party. In Findings and Recommendations filed September 20, 2019, this court recommended denial of plaintiff's first motion based on plaintiff's failure to comply with the claims presentation requirements of the California Probate Code. (ECF No. 98 at 14-17.) Neither party filed objections to that recommendation. In his renewed motion, plaintiff's demonstrates that he has now complied with those requirements. (See ECF No. 108.)

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion to substitute a party (ECF No. 108) be granted and the administrator of Captain Dawn Melton's estate, Tayler Melton, be substituted for deceased defendant Dawn Melton.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, either party may file written objections

1

with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 30, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/suar0340.sub party fr(2)