UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER CONRAD SUAREZ, | No. 2:18-cv-0340 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding through counsel with this civil rights action under 42 U.S.C. § 1983, has filed a motion to amend his complaint or, in the alternative, for a ruling on his pending objections to findings and recommendations issued by the magistrate judge in September 2019.  ECF No. 122.  By this action, plaintiff claims that defendants' operation of the Guard One Security Check system, implemented in specific units in California's prisons as a suicide prevention measure, has caused him to suffer sleep deprivation in violation of his rights under the Eighth Amendment.  *See* December 9, 2021 Order, ECF No. 120, at 1-2.

On February 25, 2022, the court referred to mediation before Chief Magistrate Judge Kendall J. Newman substantially similar issues in a complaint in intervention filed by Christopher Lipsey in *Coleman v. Newsom*, Case No. 90-0520.  *Coleman v. Newsom*, Case No. 90-0520 KJM DB, ECF No. 7478.

1

Good cause appearing, IT IS HEREBY ORDERED that within seven (7) days from the date of this order, the parties shall provide their positions regarding whether this matter should be referred for inclusion in the mediation to be conducted by Judge Newman in *Coleman*.

DATED: March 10, 2022.

CHIEF UNITED STATES DISTRICT JUDGE